DOA: 2-11-26

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 26MJ8093-LR |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 Attempted Entry After Deportation (Felony) |
| Crescencio LUNA-Zuniga, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about February 11, 2026, within the Southern District of California, defendant, Crescencio LUNA-Zuniga, an alien, who previously had been excluded, deported and removed from the United States to Mexico attempted to enter the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*Karla Buenrostro*
KARLA BUENROSTRO
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th day of February, 2026.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Crescencio LUNA-Zuniga

## STATEMENT OF FACTS

On February 11, 2026, Border Patrol Agent (BPA) Corazon-Vega was assigned to the United States Border Patrol Calexico Station (CAX) Disrupt Team in Zone 15 of the Calexico Station Area of Responsibility (AOR), approximately 7 miles east of the Calexico Port of Entry. This area consists mostly of agricultural fields, waterways, and canals. The United States/Mexico International Boundary Fence (IBF) is marked by a 30-foot-tall metal fence. This area is commonly used by illegal aliens (IA) who attempt to cross the border and conceal themselves within legitimate pedestrian traffic.

At approximately 5:35 p.m., a Remote Video Surveillance System (RVSS) operator notified Border Patrol Agents (BPAs) in Zone 15 via service radio that an individual, later identified as Crescencio LUNA-Zuniga (LUNA), swam across the All-American Canal (AAC) and attempted to conceal himself in the reeds of the north side of the canal. The AAC is a man-made waterway approximately 50 yards wide and flows east to west parallel with the IBF. Upon receiving this information, Agents in the area conducted surveillance on LUNA as he worked his way further north into the United States. As Agents continued to follow LUNA, Supervisory Border Patrol Agent (SBPA) Schwaderer noticed LUNA was walking and talking on his phone. Based on SBPA Schwaderer's prior experience and knowledge, it is common for suspected Illegal Aliens (IA) who are spotted on the phone, to arrange plans for a driver to pick them up and take them further north into the United States.

LUNA eventually made his way into a gas station located on Rood Road and Maggio Road on the outskirts of Calexico. At approximately 6:48 p.m., BPA Cervantes observed LUNA get into a red sedan and leave the area. As Agents followed the vehicle, SBPA Schwaderer informed BPA Gomez of their location in order to initiate a traffic stop. BPA Gomez was operating a fully marked United States Border Patrol service vehicle and was dressed in full rough duty uniform.

     BPA Gomez initiated a traffic stop north bound on Highway 7, north of McCabe Road. After the vehicle yielded, while BPA Gomez talked to the driver of the red sedan, BPA Corazon-Vega exited his service vehicle and approached LUNA, who was sitting in the rear passenger seat. BPA Corazon-Vega identified himself as a BPA and ordered LUNA to exit the vehicle. BPA Corazon-Vega questioned LUNA regarding his citizenship. LUNA admitted to being a citizen of Mexico and stated that he did not have any legal documents to be in the United States. LUNA was placed under arrest and was transported to the El Centro Sector's Centralized Processing Center (CPC) for further processing.

     At the CPC, LUNA's fingerprints were entered into the database which revealed LUNA's prior immigration history. LUNA was previously removed on July 18, 2025, through Harlingen, TX.

     There is no evidence that LUNA has applied for, sought, or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.